| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: __Eastern__ District of __Washington__ (State) |
| Case number (If known): _____ Chapter __11__ |

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. Chapter of the Bankruptcy Code

   Check one:
   ☐ Chapter 7
   ☒ Chapter 11

### Part 2: Identify the Debtor

2. Debtor's name: NB Commons, LLC, a Delaware Limited Liability Company

3. Other names you know the debtor has used in the last 8 years

   Include any assumed names, trade names, or *doing business as* names.

   The Ruckus Student Living

4. Debtor's federal Employer Identification Number (EIN)

   ☒ Unknown

   EIN __ __ - __ __ __ __ __ __ __

5. Debtor's address

   **Principal place of business**

   1920 NE Terre View Drive
   Number  Street

   Pullman, WA 99163
   City    State   ZIP Code

   Whitman
   County

   **Mailing address, if different**

   Nelson Brothers Meadow View, LLC
   Number  Street
   20 Enterprise, Suite 400
   P.O. Box

   Aliso Viejo, CA 92656
   City    State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number  Street

   City    State   ZIP Code

Official Form 205        Involuntary Petition Against a Non-Individual        page 1

Debtor _____  Case number (if known)_____
       Name

6. Debtor's website (URL)    theruckusliving.com _____

7. Type of debtor
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. Type of debtor's business

   Check one:

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☐ None of the types of business listed.
   ☐ Unknown type of business.

9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?

   ☒ No
   ☐ Yes. Debtor _____  Relationship _____
            District _____ Date filed _____ Case number, if known _____
                                     MM / DD / YYYY

            Debtor _____  Relationship _____
            District _____ Date filed _____ Case number, if known _____
                                     MM / DD / YYYY

## Part 3: Report About the Case

10. Venue

    Check one:

    ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. Allegations

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    At least one box must be checked:

    ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

    ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. Has there been a transfer of any claim against the debtor by or to any petitioner?

    ☒ No
    ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

| Debtor | | Case number (if known) | |
|---|---|---|---|
| Name | | | |

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Tim Sherer | Promissory Note | $ 75,000 |
| Dominic Baldini | Promissory Note | $ 75,000 |
| Wolf Von Falkenburg | Promissory Note | $ 120,000 |
| | Total of petitioners' claims | $ 270,000 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11.U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Attorneys**

Name and mailing address of petitioner

Tim Sherer
Name

93 Fredrick Street, Unit A
Number  Street

Santa Cruz  CA  95062
City  State  ZIP Code

Name and mailing address of petitioner's representative, if any

Name

Number  Street

City  State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/09/2023
MM / DD / YYYY

x _____
Signature of petitioner or representative, including representative's title

John D. Munding
Printed name

Munding, P.S.
Firm name, if any

309 E. Farwell Rd., Ste 310
Number  Street

Spokane  WA  99218
City  State  ZIP Code

Contact phone (509)590-3849   Email John@Mundinglaw.com

Bar number #21734

State WA

x _____
Signature of attorney

Date signed 8/21/23
MM / DD / YYYY

Debtor _____ Name _____  Case number (if known) _____

**Name and mailing address of petitioner**

Dominic Baldini
Name

155 Bovet Rd #725
Number   Street

San Mateo          CA          94902
City               State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City               State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

John D. Munding
Printed name

Munding, P.S.
Firm name, if any

309 E. Farwell Rd. Ste 310
Number   Street

Spokane            WA          99218
City               State       ZIP Code

Contact phone (509)590-3849   Email John@Mundinglaw.com

Bar number    #21734

State         WA

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

**Name and mailing address of petitioner**

Wolf Von Falkenburg
Name

1262 Hitt Lane
Number   Street

Goodlettsville     TN          37072
City               State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City               State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/10/2023
            MM / DD / YYYY

✗ *Wolf von Falkenburg* (signature)
Signature of petitioner or representative, including representative's title

John D. Munding
Printed name

Munding, P.S.
Firm name, if any

309 E. Farwell Rd., Ste 310
Number   Street

Spokane            WA          99218
City               State       ZIP Code

Contact phone (509)590-3849   Email John@Mundinglaw.com

Bar number    #21734

State         WA

✗ *(signature)*
Signature of attorney

Date signed 8/21/23
            MM / DD / YYYY

Debtor _____ Case number (if known) _____
         Name

### Name and mailing address of petitioner

**Dominic Baldini**
Name

155 Bovet Rd #725
Number   Street

San Mateo          CA          94902
City               State       ZIP Code

### Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City     State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/10/23
             MM / DD / YYYY

X  _____.·)·2OJ·_____
Signature of petitioner or representative, including representative's title

---

John D. Munding
Printed name

Munding, P.S.
Firm name, if any

309 E. Farwell Rd. Ste 310
Number   Street

Spokane          WA          99218
City             State       ZIP Code

Contact phone (509)590-3849   Email John@Mundinglaw.com

Bar number  #21734

State  WA

X  _____/s/ John D. Munding_____
Signature of attorney

Date signed  8/21/23
             MM / DD / YYYY

---

### Name and mailing address of petitioner

**Wolf Von Faulkenburg**
Name

1262 Hitt Lane
Number   Street

Goodlettsville      TN      37072
City                State   ZIP Code

### Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City     State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM / DD / YYYY

X  _____
Signature of petitioner or representative, including representative's title

---

John D. Munding
Printed name

Munding, P.S.
Firm name, if any

309 E. Farwell Rd., Ste 310
Number   Street

Spokane          WA          99218
City             State       ZIP Code

Contact phone (509)590-3849  Email John@Mundinglaw.com

Bar number  #21734

State  WA

X  _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

---

Official Form 205        Involuntary Petition Against a Non-Individual        page 4

23-01053-FPC11   Doc 1   Filed 08/23/23   Entered 08/23/23 09:17:43   Pg 5 of 12

# APPENDIX TO INVOLUNTARY PETITION
# PROMISSORY NOTES

# PROMISSORY NOTE

$75,000.00                                                                                                        July 29, 2023

FOR VALUE RECEIVED, the undersigned, NB COMMONS, LLC, a Delaware limited liability company (the "Borrower"), promises unconditionally to pay to the order of Tim Sherer, and their successors or assigns (collectively, the "Lender"), the principal amount of SEVENTY FIVE THOUSAND AND NO/100 DOLLARS ($75,000.00) (the "Principal Amount"), together with interest on the unpaid Principal Amount outstanding from time to time, at the rate of three percent (3%) per annum.

**I. Payments.**

All payments of principal and interest shall be made upon demand.

**II. Security.**

This Note is unsecured.

**III. Prepayment.**

Borrower may prepay in whole or in part the outstanding principal on this Note at any time without any prepayment premium or charge.

**IV. Non-Usurious Loan.**

       **A.** It is the intention of Borrower and Lender that this Note shall comply with any applicable law. To that end, the parties stipulate and agree that none of the terms and provisions of this Note shall ever be construed to create a contract that violates any applicable law or exceeds the limits imposed or provided by law for the use or detention of money or for forbearance in seeking its collection.

       **B.** In the event that interest paid or received under this Note shall result, because of any reduction of principal or any other reason, in an effective rate of interest which for any period is in excess of applicable usury limits, such excess interest for the period in question shall, at Lender's option, be refunded to Borrower or be applied upon the outstanding principal of the Note.

       **C.** The Borrower represents and agrees that the Indebtedness evidenced by this Note constitutes a commercial business loan and the proceeds thereof shall not be used for household or consumer purposes.

[Remainder of page intentionally left blank]

IN WITNESS WHEREOF, Borrower has executed this Note, under seal, as of the day and year first above written.

BORROWER:

NB COMMONS, LLC
a Delaware limited liability company

By: _____
Name: *Brian Nelson*
Title: *Manager*

2

# PROMISSORY NOTE

$75,000.00                                                                                            July 29, 2023

FOR VALUE RECEIVED, the undersigned, NB COMMONS, LLC, a Delaware limited liability company (the "Borrower"), promises unconditionally to pay to the order of Dominic Baldini, and their successors or assigns (collectively, the "Lender"), the principal amount of SEVENTY FIVE THOUSAND AND NO/100 DOLLARS ($75,000.00) (the "Principal Amount"), together with interest on the unpaid Principal Amount outstanding from time to time, at the rate of three percent (3%) per annum.

## I. Payments.

All payments of principal and interest shall be made upon demand.

## II. Security.

This Note is unsecured.

## III. Prepayment.

Borrower may prepay in whole or in part the outstanding principal on this Note at any time without any prepayment premium or charge.

## IV. Non-Usurious Loan.

**A.** It is the intention of Borrower and Lender that this Note shall comply with any applicable law. To that end, the parties stipulate and agree that none of the terms and provisions of this Note shall ever be construed to create a contract that violates any applicable law or exceeds the limits imposed or provided by law for the use or detention of money or for forbearance in seeking its collection.

**B.** In the event that interest paid or received under this Note shall result, because of any reduction of principal or any other reason, in an effective rate of interest which for any period is in excess of applicable usury limits, such excess interest for the period in question shall, at Lender's option, be refunded to Borrower or be applied upon the outstanding principal of the Note.

**C.** The Borrower represents and agrees that the Indebtedness evidenced by this Note constitutes a commercial business loan and the proceeds thereof shall not be used for household or consumer purposes.

[Remainder of page intentionally left blank]

IN WITNESS WHEREOF, Borrower has executed this Note, under seal, as of the day and year first above written.

BORROWER:

NB COMMONS, LLC
a Delaware limited liability company

By: _/s/_____
Name: _Brian Nelson_____
Title: _Manager._____

2

## PROMISSORY NOTE

$120,000.00                                                July 29, 2023

FOR VALUE RECEIVED, the undersigned, NB COMMONS, LLC, a Delaware limited liability company (the "Borrower"), promises unconditionally to pay to the order of Wolf Von Falkenburg, and their successors or assigns (collectively, the "Lender"), the principal amount of ONE HUNDRED AND TWENTY THOUSAND AND NO/100 DOLLARS ($120,000.00) (the "Principal Amount"), together with interest on the unpaid Principal Amount outstanding from time to time, at the rate of three percent (3%) per annum.

### I. Payments.

All payments of principal and interest shall be made upon demand.

### II. Security.

This Note is unsecured.

### III. Prepayment.

Borrower may prepay in whole or in part the outstanding principal on this Note at any time without any prepayment premium or charge.

### IV. Non-Usurious Loan.

**A.** It is the intention of Borrower and Lender that this Note shall comply with any applicable law. To that end, the parties stipulate and agree that none of the terms and provisions of this Note shall ever be construed to create a contract that violates any applicable law or exceeds the limits imposed or provided by law for the use or detention of money or for forbearance in seeking its collection.

**B.** In the event that interest paid or received under this Note shall result, because of any reduction of principal or any other reason, in an effective rate of interest which for any period is in excess of applicable usury limits, such excess interest for the period in question shall, at Lender's option, be refunded to Borrower or be applied upon the outstanding principal of the Note.

**C.** The Borrower represents and agrees that the Indebtedness evidenced by this Note constitutes a commercial business loan and the proceeds thereof shall not be used for household or consumer purposes.

[Remainder of page intentionally left blank]

IN WITNESS WHEREOF, Borrower has executed this Note, under seal, as of the day and year first above written.

BORROWER:

NB COMMONS, LLC
a Delaware limited liability company

By: _____
Name: Brian Nelson
Title: Manager

2