UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re

NB COMMONS, LLC,

          DEBTOR.

No. 23-01053-FPC11

AGREED ORDER
(1) CONTINUING FINAL HEARING ON USE OF CASH COLLATERAL, AND
(2) EXTENDING INTERIM AUTHORITY TO USE CASH COLLATERAL

THE UNDERSIGNED PARTIES, having agreed to the entry of this Order as evidenced by the signatures of their counsel hereon, and good cause appearing therefor, it is now hereby

ORDERED as follows:

1. The *Interim Order (1) Authorizing Use of Cash Collateral, (2) Granting Adequate Protection, and (3) Setting Final Hearing* [ECF No. 73] (the "**Interim Cash Collateral Order**") is hereby modified, but only pursuant to the terms of this Order.

AGREED ORDER (1) CONTINUING FINAL HEARING ON USE
OF CASH COLLATERAL, AND (2) EXTENDING INTERIM
AUTHORITY TO USE CASH COLLATERAL– Page 1

Bush Kornfeld llp
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

23-01053-FPC11    Doc 160    Filed 10/18/23    Entered 10/18/23 16:20:39    Pg 1 of 3

2. The hearing to consider entry of a final order on the Debtor's use of cash collateral shall be continued to October 30, 2023 at 10:00 a.m. Pacific Time.

3. Any additional evidence in support of the Debtor's request for use of cash collateral shall be filed no later than October 23, 2023 at 4:00 p.m. Pacific Time.

4. Any supplemental response in opposition to the Debtor's request for use of cash collateral shall be filed no later than October 27, 2023 at 4:00 p.m. Pacific Time.

5. The Debtor's authority to use cash collateral on an interim basis, solely in accordance with the terms of the Interim Cash Collateral Order, shall be extended through and including October 31, 2023.

///End of Order///

Presented by:

BUSH KORNFELD LLP

By /s/ James L. Day
   James L. Day, WSBA #20474
   Christine M. Tobin-Presser, WSBA #27628
   Thomas A Buford, WSBA #52969
   Richard B. Keeton, WSBA #51537
   Attorneys for NB Commons, LLC

Approved for entry:

LANE POWELL PC

By: /s/ Gregory R. Fox
   Gregory R. Fox, WSBA No. 30559
   James B. Zack, WSBA No. 48122
*Attorneys for Greyhawk*
*SSOF Ruckus Lender, LLC*

-and-

AGREED ORDER (1) CONTINUING FINAL HEARING ON USE OF CASH COLLATERAL, AND (2) EXTENDING INTERIM AUTHORITY TO USE CASH COLLATERAL– Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

23-01053-FPC11    Doc 160    Filed 10/18/23    Entered 10/18/23 16:20:39    Pg 2 of 3

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP


By:  /s/ Matthew G. Bouslog
    Matthew G. Bouslog
    CA Bar No. 280978, *pro hac vice*
*Attorneys for Greyhawk*
*SSOF Ruckus Lender, LLC*

AGREED ORDER (1) CONTINUING FINAL HEARING ON USE OF CASH COLLATERAL, AND (2) EXTENDING INTERIM AUTHORITY TO USE CASH COLLATERAL– Page 3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

23-01053-FPC11   Doc 160   Filed 10/18/23   Entered 10/18/23 16:20:39   Pg 3 of 3