UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>NB COMMONS, LLC,<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No. 23-01053-FPC11<br><br>**[PROPOSED]<br>ORDER APPROVING DEBTOR-IN-POSSESSION FINANCING** |

THIS MATTER came before the Court on the motion (the "<u>Motion</u>" found at Docket No. 92)[1] of NB Commons, LLC ("<u>Debtor</u>"), debtor in possession in the above-captioned involuntary chapter 11 bankruptcy case, for the Court's authority to borrow funds on the terms contained in the Motion. The Court, having reviewed the files and records herein, including any objections or responses to the Motion, finds and concludes that the relief requested in the Motion is appropriate, and that the legal and factual bases set forth in the record establish just cause for the relief granted herein.

---

[1] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Motion.

[PROPOSED] ORDER APPROVING
DEBTOR-IN-POSSESSION FINANCING – Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

gj23mh0116

23-01053-FPC11    Doc 166-1    Filed 10/23/23    Entered 10/23/23 16:16:56    Pg 1 of 2

Now, therefore, it is hereby

**<u>ORDERED as follows</u>:**

1. The Motion is granted.

2. The objection of Greyhawk is overruled.

3. The Limited DIP Loan is approved on the terms contained in the Motion.

4. This Order is immediately effective and enforceable, and any stay pursuant to Bankruptcy Rule 6004(h) is waived.

5. This Court retains jurisdiction and power with respect to any matters, claims, rights, or disputes arising from or related to the Motion or this Order.

/// End of Order ///

Presented by:

BUSH KORNFELD LLP


By_____
　　James L. Day, WSBA #20474
　　Thomas A. Buford, WSBA #52969
Attorneys for NB Commons, LLC

[PROPOSED] ORDER APPROVING
DEBTOR-IN-POSSESSION FINANCING – Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

gj23mh0116

23-01053-FPC11    Doc 166-1    Filed 10/23/23    Entered 10/23/23 16:16:56    Pg 2 of 2